UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION                                                                                                       MDL No. 2591

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –64)

On December 11, 2014, the Panel transferred 8 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 65 F.Supp.3d 1401 (J.P.M.L. 2014). Since that time, 2,357 additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of December 11, 2014, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 01, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: 6-1-16
Clerk, U.S. District Court
By: _____ Deputy Clerk

IN RE: SYNGENTA AG MIR162 CORN LITIGATION

MDL No. 2591

## SCHEDULE CTO-64 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **SOUTH DAKOTA** | | | |
| SD | 1 | 15-01316 | Osterman et al v. Syngenta Corporation et al |
| SD | 1 | 16-01001 | Hazel v. Syngenta Corporation et al |
| SD | 1 | 16-01002 | Bartelt v. Syngenta Corporation et al |
| SD | 1 | 16-01003 | Gebur v. Syngenta Corporation et al |
| SD | 1 | 16-01004 | Kroll et al v. Syngenta Corporation et al |
| SD | 1 | 16-01005 | Mork et al v. Syngenta Corporation et al |
| SD | 1 | 16-01006 | Olson v. Syngenta Corporation et al |